# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1742

———————————————

NIKITA LADYZHENSKY,

   Appellant,

   v.

DEPARTMENT OF HEALTH,

   Appellee.

———————————————

On appeal from the Department of Health, Board of Nursing. Deborah Becker, Chair.

July 7, 2026

PER CURIAM.

   AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Nikita Ladyzhensky, pro se, Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Tallahassee, for Appellee.